WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
(949) 477-5050; Fax: (949) 477-9200
rwright@wrightlegal.net

Donna Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Defendant,*
*Carrington Mortgage Service, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY BURKE and DAWN BURKE, RUSSELL L. SMITH, and SHIRLEY HOPE SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC BANK, USA, NATIONAL ASSOCIATION, QUALITY LOAN SERVICE CORP., LITTON LOAN SERVICING, LP, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., FIRST CENTENNIAL TITLE, CARRINGTON MORTGAGE SERVICE, LLC, and DOES 1-10 and Corporations A-Z,<br><br>Defendants. | Case No.: 3:09-CV-0653-ECR-RAM<br><br>**DEFENDANT CARRINGTON MORTGAGE SERVICE, LLC'S JOINDER IN, AND CONSENT TO DEFENDANTS HSBC BANK, USA, N.A. AND LITTON LOAN SERVICING, LP'S NOTICE AND PETITION FOR REMOVAL** |

**DEFENDANT CARRINGTON MORTGAGE SERVICE, LLC'S JOINDER IN, AND CONSENT TO DEFENDANTS HSBC BANK, USA, N.A. AND LITTON LOAN SERVICING, LP'S NOTICE AND PETITION FOR REMOVAL**

COMES NOW, Defendant, CARRINGTON MORTGAGE SERVICE, LLC, by and through its counsel, the law firm of WRIGHT FINLAY & ZAK, LLP, hereby reiterates its desire to join in the Defendants HSBC Bank, USA, N.A., and Litton Loan Servicing, LP's Notice and Petition for Removal.

This Joinder is made and based upon the pleadings and documents on file herein, the points and authorities submitted in support thereof, and oral arguments (if allowed) at the time of the hearing in this matter.

This removal is timely pursuant to 28 U.S.C. §1446(b). Defendant CARRINGTON MORTGAGE SERVICE, LLC was served with the summons and complaint on or about October 20, 2009 and are joining in and consenting to the removal within 30 days of said service.

DATED this 9th day of November, 2009.

WRIGHT, FINLAY & ZAK

By: /s/
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorneys for Defendant,*
*Carrington Mortgage Service, LLC*

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that service of the foregoing **DEFENDANT CARRINGTON MORTGAGE SERVICE, LLC'S JOINDER IN, AND CONSENT TO DEFENDANTS HSBC BANK, USA, N.A. AND LITTON LOAN SERVICING, LP'S NOTICE AND PETITION FOR REMOVAL** was made on the 9th day of November, 2009, by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

Robert R. Hager, Esq.
HAGER & HEARNE
245 E. Liberty, Suite 110
Reno, Nevada 89501
Ph: (775) 329-5800
Fax: (775) 329-5819
*Attorneys for Plaintiffs*

Gary E. Schnitzer, Esq.
Melanie D. Morgan, Esq.
KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Ph: (702) 222-4149
Fax: (702) 362-2203
*Attorneys for Defendants,*
*HSBC Bank, USA, N.A. and Litton Loan Servicing, LP*

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP